# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

131507(40)

ALBERT BOMER,
             Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
             Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131507
COA: 269026
Ingham CC: 05-000151-MP

On order of the Court, the motion for reconsideration of this Court's September 26, 2006 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007
_____
Clerk

p0220